## VICKERY v. STATE.
### No. 18337.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

Minick & Barnes, of Mineola, and A. A. Dawson, of Canton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is robbery; penalty assessed at confinement in the penitentiary for 10 years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

## ARMSTRONG v. STATE.
### No. 17998.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

Wright Stubbs, of Austin, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

The record is here without bills of exception or statement of facts. All matters of procedure appearing regular, the judgment is affirmed.

## COLE v. STATE.
### No. 18005.

Court of Criminal Appeals of Texas.

Feb. 12, 1936.

J. E. Edmondson, of Bellville, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for assault to murder; punishment, two years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.